UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
JOSE CEBALLOS, on behalf of himself and others : Case No. 23-CV-524
similarly situated, : (JS) (ARL)
:
Plaintiff, : **NOTICE OF MOTION**
:
-against- :
:
MONTAUK BULK CARRIERS INC., MONTAUK :
BULK TRANSPORTATION LLC, MUTLU KOCAL, :
and USTUN O. KOCAL a/k/a AUSTIN KOCAL, :
:
Defendants. :
----------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Justin Cilenti, Esq., dated July 28, 2023, and the exhibits attached thereto, the memorandum of law in support thereof, and upon all prior pleadings and proceedings heretofore had, Plaintiff, by and through his attorneys Cilenti & Cooper, PLLC, will move this Court pursuant to Fed. R. Civ. P. 55(b) for the entry of default judgment against the defendants Montauk Bulk Carriers Inc., Montauk Bulk Transportation LLC, Mutlu Kocal, and Ustun O. Kocal a/k/a Austin Kocal, before the Honorable Joanna Seybert, U.S.D.J., at the United States District Court, for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by the Court.

Dated: New York, New York
July 28, 2023

Respectfully submitted,

CILENTI & COOPER, PLLC
*Attorneys for Plaintiff*
60 East 42nd Street – 40th Floor
New York, New York 10165
T. (212) 209-3933
F. (212) 209-7102


By:   /s/ *Justin Cilenti*
      Justin Cilenti

TO:

Montauk Bulk Carriers Inc.
c/o NY Secretary of State
One Commerce Plaza
99 Washington Avenue – 6th Floor
Albany, NY 12231

Montauk Bulk Transportation LLC
c/o NY Secretary of State
One Commerce Plaza
99 Washington Avenue – 6th Floor
Albany, NY 12231

Mutlu Kocal
3502 Horseblock Road
Medford, New York 11763

Ustun O. Kocal a/k/a Austin Kocal
3502 Horseblock Road
Medford, New York 11763