UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
JOSE CEBALLOS, on behalf of himself and others
similarly situated,

                     Plaintiff,

    -against-

MONTAUK BULK CARRIERS INC., MONTAUK
BULK TRANSPORTATION LLC, MUTLU KOCAL,
and USTUN O. KOCAL a/k/a AUSTIN KOCAL,

                   Defendants.
------------------------------------------------------------------X

                                          23-cv-524
Case No. ~~22-CV-524~~
(JS) (ARL)

**[~~PROPOSED~~]**
**DEFAULT JUDGMENT**

      This action, having been commenced on January 25, 2023 by the filing of a Summons and Complaint, a copy of which was served pursuant to Fed. R. Civ. Pro. 4(e), on the corporate defendants and individual defendants on February 2, 2023 and February ~~5~~ 8, 2023, respectively; proof of service of the Summons and Complaint having been filed on February 20, 2023; and the defendants not having answered or otherwise moved in response to the Summons and Complaint, and the time for answering or otherwise moving in response to the Summons and Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED that Plaintiff have judgment against the defendants Montauk Bulk Carriers Inc., Montauk Bulk Transportation LLC, Mutlu Kocal, and Ustun O. Kocal, jointly and severally, in the amount of $64,855 in unpaid wages and overtime compensation, together with liquidated damages in the amount of $64,855; statutory damages in the amount of $10,000, and pre-judgment interest at 9% per annum amounting to __$12,768__, plus attorneys' fees, costs, and disbursements of this action in the amount of $9,258.50 amounting in all to $ __161,736.50__ .

Dated: New York, New York
     __November 28__ , 2023

                            /s/ JOANNA SEYBERT
                            Hon. Joanna Seybert, U.S.D.J.